PER CURIAM.
Affirmed. Dragon v. Grant, 429 So.2d 1329 (Fla. 5th DCA 1983); Quinn v. Millard, 358 So.2d 1378 (Fla. 3d DCA 1978); Zack v. Centro Espanol Hospital, Inc., 319 So.2d 34 (Fla. 2d DCA 1975); LaBarbera v. Millan Builders, Inc., 191 So.2d 619 (Fla. 1st DCA 1966); see Jaime v. Vilberg, 363 So.2d 386, 388 (Fla. 3d DCA 1978) (hospital records are admissible under the business record exception to the hearsay rule only upon the laying of a proper foundation).